■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS DIAZ, Appellant. [599 NYS2d 963] —Judgment, Supreme Court, New York County (Jay Gold, J.), rendered January 22, 1992, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him, as a second violent felony offender, to a prison term of 6 to 12 years, unanimously affirmed.

Defendant's motion to withdraw his guilty plea was properly denied without a hearing. The court was entitled to rely on the record of the plea (People v Ramos, 63 NY2d 640), which shows that it was entered knowingly and voluntarily and supported by a sufficient factual predicate in that defendant admitted he displayed what appeared to be a gun. The court also made sufficient inquiry into defendant's claim of ineffective assistance of counsel. Concur—Sullivan, J. P., Rosenberger, Asch and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AL SMITH, Appellant. [599 NYS2d 964] —Judgment, Supreme Court, New York County (Richard Failla, J.), entered July 19, 1990, convicting defendant, after jury trial, of four counts of robbery in the second degree, and sentencing him, as a second violent felony offender, to four concurrent terms of 7½ to 15 years, unanimously affirmed.

The decision on the appeal of codefendant Keith Palmer (186 AD2d 432, lv denied 80 NY2d 1029), is dispositive of certain of defendant's points on appeal, including the claim of error in the court's supplemental instructions.

We have considered defendant's remaining contentions and find them to be without merit. Concur—Sullivan, J. P., Rosenberger, Asch and Rubin, JJ.